UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Johanna MacArthur,<br><br>      Plaintiff,<br>v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>      Defendant. | Civil Action No.: 10-cv-365 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 2, 2010

                Respectfully submitted,

                PLAINTIFF, Johanna MacArthur

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq. (SL 6331)
                **LEMBERG & ASSOCIATES L.L.C.**
                300 International Drive, Suite 100
                Williamsville, NY 14221
                Telephone: (203) 653-2250
                Facsimile: (877) 795-3666
                slemberg@lemberglaw.com
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg