UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHANNA MACARTHUR,

                *Plaintiff*,

-vs-

NORTHSTAR LOCATION SERVICES, LLC,

                *Defendant.*

STIPULATION OF DISCONTINUANCE WITH PREJUDICE AND ON THE MERITS

Civil Action No. 10-cv-365

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and Rule 2104 of the NY C.P.L.R., it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:    August __, 2010

LEMBERG & ASSOCIATES, LLC

By: _____
      Sergei Lemberg

*Attorneys for Plaintiff*
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (877) 775-3666

DATED:    August __, 2010

HISCOCK & BARCLAY, LLP

By: _____
      John P. Gaughan

*Attorneys for Defendant*
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203
Telephone: (716) 566-1300

BULIB01\807663\1